**FILED**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

MAR 0 3 2010

U. S. DISTRICT COURT
E. DISTRICT OF MO.

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) **4** ) J. No. CR 0 0 1 1 9 C E J |
| | ) |
| LELAND BEASLEY, | ) |
| | ) |
| Defendant. | ) |

## INDICTMENT

## COUNT I

The Grand Jury charges that:

At all times pertinent to the charges in this indictment:

1. Federal law defined the term:

(a) "minor" to mean any person under the age of eighteen years (18 U.S.C. § 2256(a));

(b) "sexually explicit conduct" to mean actual or simulated

(I) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-

anal, whether between persons of the same or opposite sex,

(ii) bestiality,

(iii) masturbation,

(iv) sadistic or masochistic abuse, or

(v) lascivious exhibition of the genitals or pubic area of any person (18 U.S.C.

§2256(2)(A)); and

1

(c) "computer" to mean an electronic, magnetic, optical, electrochemical or other high

speed data processing device performing logical, arithmetic or storage functions, including any

data storage facility or communications facility directly related to or operating in conjunction

with such device.  (18 U.S.C.§2256(6)).

(d) "child pornography" to mean any visual depiction, including any photograph, film,

video, picture, or computer or computer-generated image or picture, whether made or produced

by electronic, mechanical, or other means, of sexually explicit conduct, where--

> (A) the production of such visual depiction involves the use of a minor engaging
>
> in sexually explicit conduct; or

> (C) such visual depiction has been created, adapted, or modified to appear that an

identifiable minor is engaging in sexually explicit conduct.

2. The "Internet" was, and is, a computer communications network using interstate and

foreign lines to transmit data streams, including data streams used to store, transfer and receive

graphic files.

3. Between on or about March 1, 2006, and on or about January 5, 2009, in the Eastern

District of Missouri, and elsewhere,

## LELAND BEASLEY,

the defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor,

B.N., to engage in sexually explicit conduct, specifically, Leland Beasley video recorded B.N. in

a lascivious display of his genitals, and said sexually explicit conduct was for the purpose of

producing a visual depiction of such conduct, to wit: video images of B.N. in a lascivious display

2

of his genitals, and such depictions were produced using materials that had been mailed, shipped,

or transported in interstate and foreign commerce, i.e., a Sony Handycam video camera,

In violation of Title 18, United States Code, Section 2251(a) and punishable under Title 18,

United States Code, Section 2251(e).

## COUNT II

The Grand Jury further charges that:

1. The allegations contained in paragraphs one and two of Count I of this Indictment are incorporated by reference as if fully set forth herein.

2. Between on or about March 1, 2006, and on or about January 5, 2009, in the Eastern District of Missouri, and elsewhere,

## LELAND BEASLEY,

the defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor,

K.A., to engage in sexually explicit conduct, specifically, Leland Beasley video recorded K.A. in

a lascivious display of his genitals, and said sexually explicit conduct was for the purpose of

producing a visual depiction of such conduct, to wit: video images of K.A. in a lascivious display

of his genitals, and such depictions were produced using materials that had been mailed, shipped,

or transported in interstate and foreign commerce, i.e., a Sony Handycam video camera,

In violation of Title 18, United States Code, Section 2251(a) and punishable under Title 18,

United States Code, Section 2251(e).

3

## COUNT III

The Grand Jury further charges that:

1. The allegations contained in paragraphs one and two of Count I of this Indictment are incorporated by reference as if fully set forth herein.

2. Between on or about March 1, 2006, and January 5, 2009, within the Eastern District of Missouri, and elsewhere,

## LELAND BEASLEY,

the defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor, R.B., to engage in sexually explicit conduct, specifically, Leland Beasley video recorded R.B. in a lascivious display of his genitals, and said sexually explicit conduct was for the purpose of producing a visual depiction of such conduct, to wit: video images of R.B. in a lascivious display of his genitals, and such depictions were produced using materials that had been mailed, shipped, or transported in interstate and foreign commerce, i.e., a Sony Handycam video camera, In violation of Title 18, United States Code, Section 2251(a) and punishable under Title 18, United States Code, Section 2251(e).

## COUNT IV

The Grand Jury further charges that:

1. The allegations contained in paragraphs one and two of Count I of this Indictment are incorporated by reference as if fully set forth herein.

2. Between on or about March 1, 2006, and on or about January 5, 2009, within the Eastern District of Missouri, and elsewhere,

4

**LELAND BEASLEY,**

the defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor,

Unknown Victim Three, to engage in sexually explicit conduct, specifically, Leland Beasley

video recorded Unknown Victim Three in a lascivious display of his genitals, and said sexually

explicit conduct was for the purpose of producing a visual depiction of such conduct, to wit:

video images of Unknown Victim Three in a lascivious display of his genitals, and such

depictions were produced using materials that had been mailed, shipped, or transported in

interstate and foreign commerce, i.e., a Sony Handycam video camera,

In violation of Title 18, United States Code, Section 2251(a) and punishable under Title 18,

United States Code, Section 2251(e).

**COUNT V**

The Grand Jury further charges that:

1. The allegations contained in paragraphs one and two of Count I of this Indictment are

incorporated by reference as if fully set forth herein.

2. Between on or about March 1, 2006, and on or about January 5, 2009, within the

Eastern District of Missouri, and elsewhere,

**LELAND BEASLEY,**

the defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor,

Unknown Victim Six, to engage in sexually explicit conduct, specifically, Leland Beasley video

recorded Unknown Victim Six in a lascivious display of his genitals, and said sexually explicit

conduct was for the purpose of producing a visual depiction of such conduct, to wit: video

5

images of Unknown Victim Six in a lascivious display of his genitals, and such depictions were produced using materials that had been mailed, shipped, or transported in interstate and foreign commerce, i.e., a Sony Handycam video camera,

In violation of Title 18, United States Code, Section 2251(a) and punishable under Title 18, United States Code, Section 2251(e).

## COUNT VI

The Grand Jury further charges that:

1. The allegations contained in paragraphs one and two of Count I of this Indictment are incorporated by reference as if fully set forth herein.

2. Between on or about March 1, 2006, and August 28, 2007, within the Eastern District of Missouri, and elsewhere,

### LELAND BEASLEY,

the a Defendant herein, did knowingly possess material that contained an image of child pornography that was produced using materials that traveled in interstate and foreign commerce, to wit, CDs, said CDs having been produced outside Missouri and therefore having traveled in interstate and foreign commerce, and the CDs contained child pornography, including but not limited to, the following:

1. "VHS2_02(not sure)Boy 13yo Ties Up and Tortures 11yo In Bath .3gp" - a video file depicting a minor male binding a another minor male's hands, placing clothes pins on his genitals, and inserting his penis into the minor male's mouth; and

6

2. "KDV 38 (complete).mpg" - a video file depicting a minor male performing oral sex on another minor male and a minor male inserting his penis into the rectum of another minor male,

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2(a).

## COUNT VII

The Grand Jury further charges that:

1. The allegations contained in paragraphs one and two of Count I of this Indictment are incorporated by reference as if fully set forth herein.

2. Between on or about March 1, 2006, and January 5, 2009, within the Eastern District of Missouri, and elsewhere,

## LELAND BEASLEY,

the a Defendant herein, did knowingly possess material that contained an image of child pornography that was produced using materials that traveled in interstate and foreign commerce, to wit, CDs, said CDs having been produced outside Missouri and therefore having traveled in interstate and foreign commerce, and the CDs contained child pornography, including but not limited to, the following:

1. "helpless_boy.avi" - a video file of a male inserting his penis into the rectum of a minor male; and

2. "002_2.jpg" - an image file of a minor male in a lascivious display of his genitals,

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2(a).

7

A TRUE BILL.


_____

FOREPERSON


RICHARD G. CALLAHAN
United States Attorney


_____
ROBERT F. LIVERGOOD, #22937
Assistant United States Attorney

**8**