UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:10CR00119CEJ(AGF) |
| ) | |
| LELAND BEASLEY, ) | |
| ) | |
| Defendant. ) | |

### ORDER RELATING TO SPEEDY TRIAL COMPUTATION

At the arraignment of the above Defendant on this date, counsel for the Defendant requested, and the court granted, thirteen (13) days in which to review discovery and to determine whether, and/or what, pretrial motions ought to be filed on behalf of Defendant. The undersigned finds that to deny Defendant's request for such time would deny counsel for Defendant the reasonable time necessary for effective investigation and preparation of pretrial motions, taking into account the exercise of due diligence, and that the ends of justice served by granting Defendant's request outweigh the best interest of the public and the Defendant in a speedy trial. Therefore,

**IT IS HEREBY ORDERED** that, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), the time granted to Defendant to investigate and prepare motions, or a waiver thereof, is excluded from computation of the time for a speedy trial.

AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 12th day of March, 2010.