***EXHIBIT LIST***

Style: USA v. Beasley     Case Number: 4:10 CR 119 CEJ/TIA

| π EX NO. | Δ EX NO. | ID DATE | BY (W #) | OBJ. TO | SUSTAINED/ OVERRULED | DESCRIPTION | DATE ADMITTED |
|---|---|---|---|---|---|---|---|
| g#1 | | 8/30 | gw#1 | N | | St. Louis County Consent to Search | 8/30/10 |
| g#2 | | " | " | N | | St. Louis County Warning and Waiver Form | 8/30/10 |
| g#3 | | " | " | N | | Consent to Seize by Moss | 8/30/10 |
| g#4 | | " | gw#2 | N | | Consent to Search - Computer | 8/30/10 |
| g#5 | | " | " | N | | Consent to Search January 19, 2009 | 8/30/10 |
| g#6 | | " | gw#2 | N | | Consent to Search - Black Box | 8/30/10 |

☐ EXHIBITS RETURNED TO COUNSEL     ☐ EXHIBITS RETAINED BY COURT

**π** = plaintiff    **Δ** = defendant    **ID** = first date exhibit is used    **W#** = first witness to ID exhibit

**OBJ** = Objection write " Obj" in red    **ADMITTED** = use ✔ and date                              Page_____ of _____