UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. S2-4:10 CR 119 CEJ (TIA) |
| LELAND BEASLEY, | ) ) ) |
| Defendant. | ) |

**GOVERNMENT'S MOTION FOR LEAVE TO FILE OUT OF TIME AN AMENDED POST EVIDENTIARY HEARING BRIEF**

COMES NOW, the United States of America, by and through Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Robert F. Livergood, Assistant United States Attorney for said District, and for its Motion for Leave to File out of Time an Amended Post Evidentiary Hearing Brief states as follows:

1. On August 30, 2010, an evidentiary hearing was conducted in this matter;

2. On September 15, 2010, the Court ordered that the Government file its post hearing brief no later than September 23, 2010;

3. On September 23, 2010, the Government filed it post hearing brief;

4. Since that time the undersigned has realized that a footnote was erroneously omitted from the Government's brief;

5. The Government seeks leave to file an amended brief with the only change being that footnote 1, which contains the source of information referred to in the brief, has been added.

For the above stated reasons, the Government requests that the Court grant it leave to file

1

its amended brief.

                                                       Respectfully submitted,

                                                       RICHARD G. CALLAHAN
                                                       United States Attorney


                                                       *s/ Robert F. Livergood*
                                                       ROBERT F. LIVERGOOD, 22937
                                                       Assistant United States Attorney
                                                       111 S. 10th Street, Rm. 20.333
                                                       St. Louis, Missouri 63102
                                                       (314) 539-2200

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2010, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Ms. Nanci McCarthy
Assistant Federal Public Defender
Office of the Federal Public Defender
1010 Market Street, Suite 200
St. Louis, MO 63101

*s/ Robert F. Livergood*
ROBERT F. LIVERGOOD, 22937
Assistant United States Attorney