64
1127
#.

## CONSENT TO SEARCH

## ST. LOUIS COUNTY POLICE DEPARTMENT

Date___1-5-09___

Time___4:06 pm___

Location___710 Lemay Ferry___

I,___Leland Beasley___, hereby consent and agree that
police officer(s) of this department may search: (describe item and/or
location in detail)

___Computers at 710 Lemay Ferry / HP Computer (black)___

_____

_____

_____

_____

_____

and that they may retain any article found that may be used as evidence.
I give my consent voluntarily. I have not been threatened, nor have any
promises been made to me to obtain my consent.

| Other Witnesses: | Police Officer's signature & DSN |
| --- | --- |
| ___ 2877 | obtaining consent: |
| | ___ 3227 |
| ___ | Consent Signature ___ |
| Complaint/Ticket# if appropriate | Street Address ___710 Lemay Ferry___ |
| ___#09-871___ | City and State ___St Louis Mo 63125___ |

GOVERNMENT
EXHIBIT
CARDELS 000-782-0399
1
8-30-10

F-176 R  (6/88)

A 6 C
3?2?
#1



 **ST. LOUIS COUNTY POLICE DEPARTMENT**
**WARNING AND WAIVER FORM**
F-162 (11/06)

Before we ask you any questions, you must understand what your rights are:

**1.** You do not have to make any statement at this time and have a right to remain silent.

**2.** Anything you say can and will be used against you in a court of law.

**3.** You are entitled to consult with an attorney before an interview and to have an attorney present at the time of the interview.

**4.** If you cannot afford an attorney, one will be appointed for you.

I have read the above statement of my rights and I understand what my rights are. I am willing to make a statement and answer questions. I do not want a lawyer at this time. I understand and know what I am doing. No promises or threats have been made to me and no pressure or coercion of any kind has been used against me.

_____          _____
Signature of Suspect                      Witness

_____          _____
Date                                        Time

I hereby certify that the foregoing Warning and Waiver was read by me to the above suspect, that the suspect also read it, and the suspect has affixed his (her) signature hereto in my presence.

_____
Signature - Police Officer



GOVERNMENT
EXHIBIT
8-30-10

oC
127
#5

## CONSENT TO SEARCH

## ST. LOUIS COUNTY POLICE DEPARTMENT

Date _1/16/09_

Time _4:00 A. M_

Location _4218 RIDGEWOOD_

I, _Leslie Moss_ , hereby consent and agree that

police officer(s) of this department may search: (describe item and/or

location in detail)

_Residence For Digital Camera And other_

_recording equipment / Items retrieved From_

_716 Cherry Ferry /_

and that they may retain any article found that may be used as evidence.

I give my consent voluntarily. I have not been threatened, nor have any

promises been made to me to obtain my consent.

Other Witnesses:                    | Police Officer's signature & DSN

_____     | obtaining consent:

_____     | _A. D. Dui_ 2827

_____     | Consent Signature _Leslie Moss_

Complaint/Ticket# if appropriate|   Street Address _4218 Ridgewood_

_____     | City and State _Florrin Mo 63116_

GOVERNMENT EXHIBIT

3

F-176-R   (6/88)





## CONSENT TO SEARCH
*(DIGITAL DATA DEVICES)*

Complaint #: ___O9-871___

Date: ___1-5-08___

Time: ___5:05 pm___

Location: ___7900 Forsyth___

I, ___Leland Beasley___, hereby consent and agree that police officer(s) or authorized investigators in this case may search the below described property for any/all digital/electronic data processing and storage devices, COMPUTER AND/OR COMPUTER SYSTEMS including internal peripheral storage devices (such as fixed discs), EXTERNAL STORAGE DEVICES (such as external hard disks, floppy disk, CD(s)/DVD(s), tape drive and tapes, optical storage devices, Memory cards/sticks and/or other storage devices), PERIPHERAL INPUT/OUTPUT DEVICES (such as keyboards, printers, video display monitors, optical readers, modems) as well system documentation, operating logs and documentation, software and instruction manuals, handwritten notes, logs and user names, passwords and list, and that they may retain any item/article found which may be used as evidence. I give my consent voluntarily. I have not been threatened, nor have any promises been made to me to obtain my consent.

___HP Computer (4F2k8-V443R-GkWGJ)___

Police Officer's signature & DSN obtaining consent: ___Det. ___ 3227___

Consenter's Signature: ___

Street Address: ___4218 Ridgewood___

City and State: ___St Louis Mo 63116___

Witness: ___ 2679___

GOVERNMENT EXHIBIT

4

8-30-10





## CONSENT TO SEARCH
*(DIGITAL DATA DEVICES)*

Complaint #: __09-871__

Date: __1-19-09__

Time: __12:50 pm__

Location: __7900 Forsyth__

I, __Leland Beasley__, hereby consent and agree that police officer(s) or authorized investigators in this case may search the below described property for any/all digital/electronic data processing and storage devices, COMPUTER AND/OR COMPUTER SYSTEMS including internal peripheral storage devices (such as fixed discs), EXTERNAL STORAGE DEVICES (such as external hard disks, floppy disk, CD(s)/DVD(s), tape drive and tapes, optical storage devices, Memory cards/sticks and/or other storage devices), PERIPHERAL INPUT/OUTPUT DEVICES (such as keyboards, printers, video display monitors, optical readers, modems) as well system documentation, operating logs and documentation, software and instruction manuals, handwritten notes, logs and user names, passwords and list, and that they may retain any item/article found which may be used as evidence. I give my consent voluntarily. I have not been threatened, nor have any promises been made to me to obtain my consent.

__Sony Model DSC-W100__

__Sony Handycam - DCR-SR80__

_____

_____

_____

_____

Police Officer's signature & DSN obtaining consent: _Det. Matthew Gulb 2128_

Consenter's Signature: ✗ _____

Street Address: ✗ 4218 Ridgemont

City and State: ✗ St Louis Mo 63116

Witness: _Det. _____ 3227_

GOVERNMENT
EXHIBIT
5
8-20-10
CARDELS 800-713-0399

## CONSENT TO SEARCH

## ST. LOUIS COUNTY POLICE DEPARTMENT

Date _____ 1-19-09 _____

Time _____ 12:50 pm _____

Location _____ 7900 Forsyth _____

I, _____ Leland Beasley _____, hereby consent and agree that

police officer(s) of this department may search: (describe item and/or

location in detail)

_Black combination box_ _____

_____

_____

_____

_____

_____

_____

and that they may retain any article found that may be used as evidence.

I give my consent voluntarily.  I have not been threatened, nor have any

promises been made to me to obtain my consent.

Other Witnesses: | Police Officer's signature & DSN
_____ 3227 | obtaining consent:
| _Det. Matthew Bulta_ 2678
_____ | Consent Signature _____
Complaint/Ticket# if appropriate | Street Address _418 Richmond_
_#09-871_ _____ | City and State _St Lous  Mo  63106_

GOVERNMENT
EXHIBIT
6
8-30-10

F-176 R  (6/88)

| Report: CZR0026 | 21ST JUDICIAL CIRCUIT<br>ST LOUIS COUNTY<br>CIRCUIT COURT DOCKET SHEET | | Date: 01-Dec-2010<br>Time: 3:12:45PM<br>Page: 1 |
|---|---|---|---|

## 09SL-CR00060    ST V LELAND M BEASLEY JR                      Security Level: 1 Public

| Case Type: | AC Felony | **Case Filing Date:** | 06-Jan-2009 |
|---|---|---|---|
| Status: | Casefile Tranf GrandJury Indmt | | |
| **Disposition:** | Casefile Tranf GrandJury Indmt | **Disposition Date:** | 25-Feb-2009 |
| OCN#: | D6034548 | | |
| **Arresting Agency:** | MO0950000 | | |

|  |  | **Release/Status Reason<br>Change Date** |
|---|---|---|
| Judge | TOM W DE PRIEST JR (23971) | 26-Feb-2009 |
| Judge | LAWRENCE J PERMUTER JR (23054) | 24-Feb-2009 Case Transferred<br>to Grand Jury |
| Defendant | **LELAND M BEASLEY JR (BEALM9684)** | |
| Assistant Prosecuting Attorney | KATHI LYNN ALIZADEH (33113) | |
| Public Defender | CHRISTINE TAYLOR GOULET (35947) | |

**Current Bond:** $50,000.00  06-Jan-2009

GOVERNMENT
EXHIBIT
7
12-9-10

| Report: CZR0026 | **21ST JUDICIAL CIRCUIT** | Date: | 01-Dec-2010 |
|---|---|---|---|
| | **ST LOUIS COUNTY** | Time: | 3:12:45PM |
| | **CIRCUIT COURT DOCKET SHEET** | Page: | 2 |

Case continued from previous page.

---

**09SL-CR00060**          **ST V LELAND M BEASLEY JR**          **Security Level: 1 Public**

---

| | # | Charge Date | Charge Code | Charge Description |
|---|---|---|---|---|
| **Original Charge:** | 1 | 01-Dec-2008 | 2210700 | Child Molestation - 1st Degree **(Felony B RSMo : 566.067)** |
| **Disposition:** | | 25-Feb-2009 | | Casefile Tranf GrandJury Indmt |
| **Original Charge:** | 2 | 01-Apr-2008 | 1109500 | Stat Sodmy-1st-Dev Sex Intr W/Prs < 14-Ser Phy Inj/Dspl Deadly Weap/Dng Inst/Sbj Vic Intr W/> Than One Per/Vic < 12 **(Felony Unclassified RSMo : 566.062)** |
| **Disposition:** | | 25-Feb-2009 | | Casefile Tranf GrandJury Indmt |
| **Original Charge:** | 3 | 01-Apr-2008 | 1305000 | Assault 3rd Degree - Pursuant To Subdivisions (3), (5) **(Misdemeanor C RSMo : 565.070)** |
| **Disposition:** | | 25-Feb-2009 | | Casefile Tranf GrandJury Indmt |
| **Original Charge:** | 4 | 01-Apr-2008 | 1305000 | Assault 3rd Degree - Pursuant To Subdivisions (3), (5) **(Misdemeanor C RSMo : 565.070)** |
| **Disposition:** | | 25-Feb-2009 | | Casefile Tranf GrandJury Indmt |
| **Original Charge:** | 5 | 01-Apr-2008 | 2210300 | Child Molestatn-1st Deg-Vic<12 W/Prev Cnvction Undr Ch 566 Or Ser Phys Inj/Dsply Ddly Weap Or Inst/Ritl Or Cermony **(Felony A RSMo : 566.067)** |
| **Disposition:** | | 25-Feb-2009 | | Casefile Tranf GrandJury Indmt |
| **Original Charge:** | 6 | 01-Apr-2008 | 1109500 | Stat Sodmy-1st-Dev Sex Intr W/Prs < 14-Ser Phy Inj/Dspl Deadly Weap/Dng Inst/Sbj Vic Intr W/> Than One Per/Vic < 12 **(Felony Unclassified RSMo : 566.062)** |
| **Disposition:** | | 25-Feb-2009 | | Casefile Tranf GrandJury Indmt |
| **Original Charge:** | 7 | 01-Apr-2008 | 1109500 | Stat Sodmy-1st-Dev Sex Intr W/Prs < 14-Ser Phy Inj/Dspl Deadly Weap/Dng Inst/Sbj Vic Intr W/> Than One Per/Vic < 12 **(Felony Unclassified RSMo : 566.062)** |
| **Disposition:** | | 25-Feb-2009 | | Casefile Tranf GrandJury Indmt |
| **Original Charge:** | 8 | 01-Mar-2006 | 1109501 | Atmp-Stat Sodmy-1st-Dev Sex Intr W/Prs < 14-Ser Phy Inj/Dspl Deadly Weap/Dng Inst/Sbj Vic Intr W/> Than One Per/Vic < 12 **(Felony Unclassified RSMo : 566.062/564.011)** |
| **Disposition:** | | 25-Feb-2009 | | Casefile Tranf GrandJury Indmt |
| **Original Charge:** | 9 | 01-Nov-2006 | 1109500 | Stat Sodmy-1st-Dev Sex Intr W/Prs < 14-Ser Phy Inj/Dspl Deadly Weap/Dng Inst/Sbj Vic Intr W/> Than One Per/Vic < 12 **(Felony Unclassified RSMo : 566.062)** |
| **Disposition:** | | 25-Feb-2009 | | Casefile Tranf GrandJury Indmt |

| Report: CZR0026 | 21ST JUDICIAL CIRCUIT | Date: | 01-Dec-2010 |
|---|---|---|---|
| | ST LOUIS COUNTY | Time: | 3:12:45PM |
| | CIRCUIT COURT DOCKET SHEET | Page: | 3 |

Case continued from previous page.

| 09SL-CR00060 | ST V LELAND M BEASLEY JR | Security Level: 1 Public |
|---|---|---|

| **Original Charge:** | 10 | 01-Mar-2006 1109500 | Stat Sodmy-1st-Dev Sex Intr W/Prs < 14-Ser Phy Inj/Dspl Deadly Weap/Dng Inst/Sbj Vic Intr W/> Than One Per/Vic < 12 **(Felony Unclassified RSMo : 566.062)** |
|---|---|---|---|
| **Disposition:** | 25-Feb-2009 | Casefile Tranf GrandJury Indmt | |

**Filing Date**     **Description**

06-Jan-2009     **Complaint Filed**

**Judge/Clerk - Note**
38 TH

**Bond Set**
Amount of Bond Set - 50000

**Entry of Appearance Filed**
Filed By: KATHI L ALIZADEH

**Filing:**
STATE OPPOSES POSTING 10% OF BOND

**Judge Assigned**

**Warrant Issued**
Document ID: 09-ARWA-114, for BEASLEY, LELAND M;
Service/Attempt Date: 07-Jan-2009
**Bond Amount:** 50,000.00

07-Jan-2009     **Confin Arraign Doct Hrng Sched**
Scheduled For: 07-Jan-2009; 8:30 AM; LAWRENCE J PERMUTER JR; **Setting:** 0; St Louis County

**Confin Arraign Doct Hrng Held**

**Preliminary Hearing Scheduled**
Scheduled For: 05-Feb-2009; 10:30 AM; LAWRENCE J PERMUTER JR; **Setting:** 0; St Louis County

**Entry of Appearance Filed**
Filed By: CHRISTINE T GOULET

**Warrant Served**
Document ID - 09-ARWA-114;   Served To - BEASLEY, LELAND M;   Server - PD ST LOUIS COUNTY;   Served Date - 07-JAN-09;   Served Time - 00:00:00;   Service Type - Police Department; Reason Description - Served

05-Feb-2009     **Hearing Continued/Rescheduled**
Hearing Continued From: 05-Feb-2009; 10:30 AM

**Preliminary Hearing Scheduled**

25-Feb-2009     **Judge Assigned**

**Casefile Tranf GrandJury Indmt**

| Report: CZR0026 | 21ST JUDICIAL CIRCUIT<br>ST LOUIS COUNTY<br>CIRCUIT COURT DOCKET SHEET | Date: 01-Dec-2010<br>Time: 3:12:45PM<br>Page: 1 |
|---|---|---|

## 09SL-CR00060-01   ST V LELAND M BEASLEY JR

**Security Level: 1 Public**

| Case Type: | CC Felony | **Case Filing Date:** | 25-Feb-2009 |
|---|---|---|---|
| **Status:** | Superceding Indictment Filed | | |
| **Disposition:** | | **Disposition Date:** | |
| **OCN#:** | D6034548 | | |
| **Arresting Agency:** | MO0950000 | | |

|  |  | **Release/Status Reason Change Date** |
|---|---|---|
| Judge | CAROLYN C WHITTINGTON (29542) | |
| Defendant | **LELAND M BEASLEY JR (BEALM9684)** | |
| Attorney for Defendant | WILLIAM JAMES OHERIN(21693) | |
| Assistant Prosecuting Attorney | KATHI LYNN ALIZADEH (33113) | |
| Assistant Public Defender | KELLY RENEE MOYICH (52790) | 10-Jul-2009 |

**Current Bond:** $250,000.00 25-Feb-2009

Report: CZR0026

**21ST JUDICIAL CIRCUIT**
**ST LOUIS COUNTY**
**CIRCUIT COURT DOCKET SHEET**

Date:    01-Dec-2010
Time:    3:12:45PM
Page:    2

Case continued from previous page.

**09SL-CR00060-01    ST V LELAND M BEASLEY JR**                    **Security Level: 1 Public**

|  | Charge # | Charge Date | Charge Code | Charge Description |
|---|---|---|---|---|
| **Original Charge:** | 1 | 01-Dec-2008 | 2210700 | Child Molestation - 1st Degree **(Felony B RSMo : 566.067)** |
| **Original Charge:** | 2 | 01-Apr-2008 | 1109500 | Stat Sodmy-1st-Dev Sex Intr W/Prs < 14-Ser Phy Inj/Dspl Deadly Weap/Dng Inst/Sbj Vic Intr W/> Than One Per/Vic < 12 **(Felony Unclassified RSMo : 566.062)** |
| **Original Charge:** | 3 | 01-Apr-2008 | 1305000 | Assault 3rd Degree - Pursuant To Subdivisions (3), (5) **(Misdemeanor C RSMo : 565.070)** |
| **Original Charge:** | 4 | 01-Apr-2008 | 1305000 | Assault 3rd Degree - Pursuant To Subdivisions (3), (5) **(Misdemeanor C RSMo : 565.070)** |
| **Original Charge:** | 5 | 01-Apr-2008 | 2210300 | Child Molestatn-1st Deg-Vic<12 W/Prev Cnvction Undr Ch 566 Or Ser Phys Inj/Dsply Ddly Weap Or Inst/Ritl Or Cermony **(Felony A RSMo : 566.067)** |
| **Original Charge:** | 6 | 01-Apr-2008 | 1109500 | Stat Sodmy-1st-Dev Sex Intr W/Prs < 14-Ser Phy Inj/Dspl Deadly Weap/Dng Inst/Sbj Vic Intr W/> Than One Per/Vic < 12 **(Felony Unclassified RSMo : 566.062)** |
| **Original Charge:** | 7 | 01-Apr-2008 | 1109500 | Stat Sodmy-1st-Dev Sex Intr W/Prs < 14-Ser Phy Inj/Dspl Deadly Weap/Dng Inst/Sbj Vic Intr W/> Than One Per/Vic < 12 **(Felony Unclassified RSMo : 566.062)** |
| **Original Charge:** | 8 | 01-Mar-2006 | 1109501 | Atmp-Stat Sodmy-1st-Dev Sex Intr W/Prs < 14-Ser Phy Inj/Dspl Deadly Weap/Dng Inst/Sbj Vic Intr W/> Than One Per/Vic < 12 **(Felony Unclassified RSMo : 566.062/564.011)** |
| **Original Charge:** | 9 | 01-Nov-2006 | 1109500 | Stat Sodmy-1st-Dev Sex Intr W/Prs < 14-Ser Phy Inj/Dspl Deadly Weap/Dng Inst/Sbj Vic Intr W/> Than One Per/Vic < 12 **(Felony Unclassified RSMo : 566.062)** |
| **Original Charge:** | 10 | 01-Mar-2006 | 1109500 | Stat Sodmy-1st-Dev Sex Intr W/Prs < 14-Ser Phy Inj/Dspl Deadly Weap/Dng Inst/Sbj Vic Intr W/> Than One Per/Vic < 12 **(Felony Unclassified RSMo : 566.062)** |
| **Original Charge:** | 11 | 18-Aug-2007 | 2505000 | Promoting Child Pornography 1st Degree **(Felony B RSMo : 573.025)** |
| **Original Charge:** | 12 | 18-Aug-2007 | 2502900 | Possession Of Child Pornography **(Felony D RSMo : 573.037)** |

| Report: CZR0026 | **21ST JUDICIAL CIRCUIT**<br>**ST LOUIS COUNTY**<br>**CIRCUIT COURT DOCKET SHEET** | Date: | 01-Dec-2010 |
|---|---|---|---|
| | | Time: | 3:12:45PM |
| | | Page: | 3 |

Case continued from previous page.

---

**09SL-CR00060-01    ST V LELAND M BEASLEY JR**                    **Security Level: 1 Public**

---

| Original<br>Charge: | 13 | 01-Jul-2008  2508000 | Possession Of Child Pornography - 2nd Ofns Or Possess >20<br>Pics/One Film/Videotape/Etc **(Felony B RSMo : 573.037)** |
|---|---|---|---|
| Original<br>Charge: | 14 | 01-Jul-2008  2508000 | Possession Of Child Pornography - 2nd Ofns Or Possess >20<br>Pics/One Film/Videotape/Etc **(Felony B RSMo : 573.037)** |

| **Filing Date** | **Description** |
|---|---|

**25-Feb-2009**    **Judge Assigned**

**Grand Jury Indictment Filed**

**Filing:**
WARRANT ON MASTER CASE TO REMAIN IN FULL EFFECT

**Bond Set**
Amount of Bond Set - $250,000.00 CASH ONLY. NO PROFESSIONAL BOND SHALL BE ALLOWED.

**Arraignment Scheduled**
**Scheduled For:** 11-Mar-2009; 1:00 PM; JOHN A ROSS; **Setting:** 0; St Louis County

**Notice**
CIRCUIT ARRAIGNMENT NOTICE MAILED

**04-Mar-2009**    **Filing:**
**Filed By:** KATHI L ALIZADEH

**11-Mar-2009**    **Arraignment Held**

**Entry of Appearance Filed**
**Filed By:** KELLY R MOYICH

**Motion for Discovery**
**Filed By:** KELLY R MOYICH

**13-Mar-2009**    **Correspondence Filed**
COPY OF STATE'S LETTER TO DEFENSE ATTY FILED.

**Filing:**
STATE'S REQUEST TO PRODUCE

**Pre-trial Conference Scheduled**
**Scheduled For:** 03-Apr-2009; 9:00 AM; CAROLYN C WHITTINGTON; **Setting:** 0; St Louis County
SCHEDULING CONFERENCE NOTICE MAILED

**01-Apr-2009**    **Correspondence Filed**
from APA KATHI ALIZADEH TO APD KELLY MOYICH

**03-Apr-2009**    **Hearing Continued/Rescheduled**
**Hearing Continued From:** 03-Apr-2009; 9:00 AM

**Pre-trial Conference Scheduled**
**Scheduled For:** 22-May-2009; 9:00 AM; CAROLYN C WHITTINGTON; **Setting:** 0; St Louis County

**06-Apr-2009**    **Response Filed**
BY APA KATHI ALIZADEH TO REQUEST FOR DISCOVERY

| Report: CZR0026 | 21ST JUDICIAL CIRCUIT<br>ST LOUIS COUNTY<br>CIRCUIT COURT DOCKET SHEET | Date: 01-Dec-2010<br>Time: 3:12:45PM<br>Page: 4 |

Case continued from previous page.

---

**09SL-CR00060-01    ST V LELAND M BEASLEY JR**                    **Security Level: 1 Public**

| 08-Apr-2009 | **Response Filed**<br>BY APA TO REQUEST FOR DISCOVERY |
|---|---|
| 22-May-2009 | **Hearing Continued/Rescheduled**<br>Hearing Continued From: 22-May-2009; 9:00 AM |
| | **Pre-trial Conference Scheduled**<br>**Scheduled For:** 10-Jul-2009; 9:00 AM; CAROLYN C WHITTINGTON; **Setting:** 0; St Louis County |
| 02-Jul-2009 | **Hearing/Trial Cancelled**<br>**Scheduled For:** 10-Jul-2009; 9:00 AM |
| | **Motion Hearing Scheduled**<br>**Scheduled For:** 02-Oct-2009; 1:30 PM; CAROLYN C WHITTINGTON; **Setting:** 0; St Louis County |
| | **Trial Setting Scheduled**<br>**Scheduled For:** 01-Feb-2010; 9:00 AM; CAROLYN C WHITTINGTON; **Setting:** 0; St Louis County |
| 10-Jul-2009 | **Entry of Appearance Filed**<br>W. JAMES O'HERIN ENTERS HIS APPEARANCE FOR DEFT.<br>COPY OF DOCKET MEMO DATED 07-02-09 MAILED TO ATTY |
| | **Withdrawal of Attorney Filed**<br>SO ORDERED JUDGE WHITTINGTON<br>**Filed By:** KELLY R MOYICH |
| 02-Oct-2009 | **Motion Hearing Held** |
| | **Settlement Conf Scheduled**<br>**Scheduled For:** 21-Dec-2009; 9:00 AM; CAROLYN C WHITTINGTON; **Setting:** 0; St Louis County<br>SCHEDULING CONFERENCE |
| 01-Dec-2009 | **Hearing/Trial Cancelled**<br>**Scheduled For:** 01-Feb-2010; 9:00 AM; CAROLYN C WHITTINGTON; **Setting:** 0; St Louis County |
| 21-Dec-2009 | **Settlement Conference Held** |
| | **Trial Setting Scheduled**<br>**Scheduled For:** 05-Apr-2010; 9:00 AM; CAROLYN C WHITTINGTON; **Setting:** 0; St Louis County |
| 05-Apr-2010 | **Hearing/Trial Cancelled**<br>**Scheduled For:** 05-Apr-2010; 9:00 AM; CAROLYN C WHITTINGTON; **Setting:** 0; St Louis County |
| | **Pre-trial Conference Scheduled**<br>**Scheduled For:** 26-Jul-2010; 9:00 AM; CAROLYN C WHITTINGTON; **Setting:** 0; St Louis County |
| 27-Jul-2010 | **Pre-Trial Conference Held** |
| | **Trial Setting Scheduled**<br>**Scheduled For:** 04-Oct-2010; 9:00 AM; CAROLYN C WHITTINGTON; **Setting:** 0; St Louis County |
| 18-Aug-2010 | **Superceding Indictment Filed**<br>STATE FURTHER REQUESTS THAT A DATE BE SCHEDULED TO ARRAIGN DEFENDENT ON<br>NEW CHARGES. |
| 23-Aug-2010 | **Arraignment Scheduled**<br>**Scheduled For:** 08-Sep-2010; 1:00 PM; JOHN A ROSS; **Setting:** 0; St Louis County<br>CIRCUIT ARRAIGNMENT NOTICE MAILED |

| Report: CZR0026 | **21ST JUDICIAL CIRCUIT** | Date: | 01-Dec-2010 |
| | **ST LOUIS COUNTY** | Time: | 3:12:45PM |
| | **CIRCUIT COURT DOCKET SHEET** | Page: | 5 |

Case continued from previous page.

---

**09SL-CR00060-01   ST V LELAND M BEASLEY JR**                    **Security Level: 1 Public**

---

16-Sep-2010     **Hearing Continued/Rescheduled**
                **Hearing Continued From:** 08-Sep-2010; 1:00 PM

17-Sep-2010     **Motion for Continuance**
                **Filed By:** KATHI L ALIZADEH

                **Notice of Hearing Filed**
                **Filed By:** KATHI L ALIZADEH

                **Arraignment Scheduled**
                **Scheduled For:** 29-Sep-2010; 1:00 PM; JOHN A ROSS; **Setting:** 0; St Louis County
                CIRCUIT ARRAIGNMENT NOTICE MAILED

24-Sep-2010     **Motion Granted/Sustained**
                COURT GRANTS THE STATE'S MOTION TO CONTINUE TRIAL . THE COURT FURTHER
                DIRECTS THE ATTYS TO FILE A DISCOVERY SCHEDULE BY 10-29-10. SO ORDERED JUDGE
                WHITTINGTON

                **Hearing Continued/Rescheduled**
                **Hearing Continued From:** 04-Oct-2010; 9:00 AM

                **Trial Setting Scheduled**
                **Scheduled For:** 28-Feb-2011; 9:00 AM; CAROLYN C WHITTINGTON; **Setting:** 0; St Louis County

27-Sep-2010     **Arraignment Held**

06-Oct-2010     **Correspondence Filed**
                TO ATTY J. O'HERIN
                **Filed By:** KATHI L ALIZADEH

                **Request Filed**
                TO PRODUCE
                **Filed By:** KATHI L ALIZADEH

In the
# CIRCUIT COURT
**Of St. Louis County, Missouri**

For File Stamp Only

STATE OF MISSOURI,

**Plaintiff**

Date _____ 9/24/10 SEP 27 PH 3:05_____

vs.

_Leland Beasley_

**Defendant**

Case Number _____09 5L CR_____

Division _____7_____   L

# ARRAIGNMENT MEMORANDUM

**Comes now** _____William James O'Herin_____ , and enters his
or her appearance as attorney for the defendant.

Defendant by and through counsel hereby waives formal reading of the Information or
Indictment. Counsel states that the defendant is fully aware of the substance of the charge(s)
against him or her and that a copy of the Information or Indictment has been provided to the
defense. The defense and the State by the undersigned prosecuting attorney agree to the waiver of
formal arraignment and agree to proceed to trial.

The defendant through counsel enters a plea of **not guilty** to the offense(s) charged.

_____
Assistant Prosecuting Attorney                    Bar No.
100 South Central Avenue
Clayton, MO 63105
(314) 615-2600

Signature of Defendant _____

Attorney for Defendant _____William James O'Herin_____   _21693_ Bar No.

Address _____Ste A, 1050 Rue Ste. Francois_____

City, State & Zip _____Florissant, MO. 63031_____

Telephone & FAX Number _____314-814-5951_____

[ ] **Defendant, not having posted bond,** is remanded to the Department of Justice Services.
[ ] **Defendant's bond previously posted,** shall remain in full force and effect.
[ ] _____.

**Cause assigned to Division _____7_____ for hearing and determination.**

**SO ORDERED:**

_____John A. Ross, Div. 15_____
Presiding Judge

[ ] **"Discovery Package"** delivered to attorney for defendant by Deputy Clerk _____.

**[Rule 25.02 and Local Rule 67.6 require pre-trial discovery motions to be filed within 20 days
after Arraignment.]**



**IN THE CIRCUIT COURT OF ST. LOUIS COUNTY**
**STATE OF MISSOURI**

AUG 1 8 2010

**-VS-**

JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

| | | | |
|---|---|---|---|
| LELAND M. BEASLEY | RACE: White | SSN: | 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 |
| 4218 RIDGEWOOD | SEX: M | OCN: | D6034548 |
| SAINT LOUIS, MO 63116 | DOB: 2/20/1968 | CASE ID: MC111985 | |
| | HGT: 5'11 | RPT NO: 09-871 | |
| | WGT: 135 | CT. NO: 09SL-CR00060 | |
| | P.D.: St. Louis County | | |
| | ORI Number: MO0950000 | | |



**Defendant**

**CHARGES**

| | |
|---|---|
| Count: 01 | CHILD MOLESTATION IN THE FIRST DEGREE - CLASS B FELONY |
| Count: 02 | STATUTORY SODOMY IN THE FIRST DEGREE - FELONY |
| Count: 03 | ASSAULT IN THE THIRD DEGREE - CLASS C MISDEMEANOR |
| Count: 04 | ASSAULT IN THE THIRD DEGREE - CLASS C MISDEMEANOR |
| Count: 05 | CHILD MOLESTATION IN THE FIRST DEGREE - CLASS A FELONY |
| Count: 06 | STATUTORY SODOMY IN THE FIRST DEGREE - FELONY |
| Count: 07 | STATUTORY SODOMY IN THE FIRST DEGREE - FELONY |
| Count: 08 | ATTEMPTED STATUTORY SODOMY IN THE FIRST DEGREE - FELONY |
| Count: 09 | STATUTORY SODOMY IN THE FIRST DEGREE - FELONY |
| Count: 10 | STATUTORY SODOMY IN THE FIRST DEGREE - FELONY |
| Count: 11 | PROMOTING CHILD PORNOGRAPHY IN FIRST DEGREE - CLASS B FELONY |
| Count: 12 | POSSESSION OF CHILD PORNOGRAPHY - CLASS D FELONY |
| Count: 13 | POSSESSION OF CHILD PORNOGRAPHY - CLASS B FELONY |
| Count: 14 | POSSESSION OF CHILD PORNOGRAPHY - CLASS B FELONY |

**INDICTMENT**

State of Missouri )
County of St. Louis ) SS

The Grand Jurors of the County of St. Louis, State of Missouri, charge:

**Count: 01 CHILD MOLESTATION IN THE FIRST DEGREE - CLASS B FELONY**

That Leland M. Beasley Jr., in violation of Section 566.067, RSMo, committed the class B felony of child molestation in the first degree punishable upon conviction under Section 558.011, RSMo, and subject to lifetime supervision under Sections 217.735 and 559.106, RSMo, in that between December 1st, 2008 and December 31st, 2008, at 710 Lemay Ferry Road, in the County of St. Louis, State of Missouri, the defendant knowingly subjected K. N., who was then less than fourteen years old, to sexual contact by placing his hand on the penis of K. N., over the clothing.

2210799.0

**Count: 02 STATUTORY SODOMY IN THE FIRST DEGREE - FELONY**

That Leland M. Beasley Jr., in violation of Section 566.062, RSMo, committed the felony of statutory sodomy in the first degree, punishable upon conviction under Section 566.062, RSMo, and subject to lifetime



supervision under Sections 217.735 and 559.106, RSMo, in that between April 1st, 2008 and January 5th, 2009, at 710 Lemay Ferry Road, in the County of St. Louis, State of Missouri, the defendant for the purpose of arousing or gratifying the sexual desire of the defendant had deviate sexual intercourse with B.L.N., who was then a child less than twelve years old, by placing his mouth on the penis of B.L.N.

1109599.0

## Count: 03 ASSAULT IN THE THIRD DEGREE - CLASS C MISDEMEANOR

That Leland M. Beasley Jr., in violation of Section 565.070, RSMo, committed the class C misdemeanor of assault in the third degree, punishable upon conviction under Sections 558.011 and 560.016, RSMo, in that between April 1st, 2008 and January 5th, 2009, at 710 Lemay Ferry Road, in the County of St. Louis, State of Missouri, the defendant knowingly caused physical contact with T.E., knowing that such person would regard such contact as offensive or provocative.

1305099.0

## Count: 04 ASSAULT IN THE THIRD DEGREE - CLASS C MISDEMEANOR

That Leland M. Beasley Jr., in violation of Section 565.070, RSMo, committed the class C misdemeanor of assault in the third degree, punishable upon conviction under Sections 558.011 and 560.016, RSMo, in that between April 1st, 2008 and January 5th, 2009, at 710 Lemay Ferry Road, in the County of St. Louis, State of Missouri, the defendant knowingly caused physical contact with E.T., knowing that such person would regard such contact as offensive or provocative.

1305099.0

## Count: 05 CHILD MOLESTATION IN THE FIRST DEGREE - CLASS A FELONY

That Leland M. Beasley Jr., in violation of Section 566.067, RSMo, committed the class A felony of child molestation in the first degree punishable upon conviction under Sections 558.011 and 566.067, RSMo, in that between April 1st, 2008 and January 5th, 2009, at 710 Lemay Ferry Road, in the County of St. Louis, State of Missouri, the defendant knowingly subjected M.L. who was less than twelve years old to sexual contact by touching the penis of M.L. through the clothing.

2210399.0

## Count: 06 STATUTORY SODOMY IN THE FIRST DEGREE - FELONY

That Leland M. Beasley Jr., in violation of Section 566.062, RSMo, committed the felony of statutory sodomy in the first degree, punishable upon conviction under Section 566.062, RSMo, and subject to lifetime supervision under Sections 217.735 and 559.106, RSMo, in that between April 1st, 2008 and January 5th, 2009, at 710 Lemay Ferry Road, in the County of St. Louis, State of Missouri, the defendant for the purpose of arousing or gratifying the sexual desire of the defendant had deviate sexual intercourse with R.B., who was then a child less than fourteen years old, by placing his hand on the penis of R.B.

1109599.0

## Count: 07 STATUTORY SODOMY IN THE FIRST DEGREE - FELONY

That Leland M. Beasley Jr., in violation of Section 566.062, RSMo, committed the felony of statutory sodomy in the first degree, punishable upon conviction under Section 566.062, RSMo, and subject to lifetime supervision under Sections 217.735 and 559.106, RSMo, in that between April 1st, 2008 and January 5th, 2009, at 710 Lemay Ferry Road, in the County of St. Louis, State of Missouri, the defendant for the purpose of arousing or gratifying the sexual desire of the defendant had deviate sexual intercourse with K.A., who was then a child less than fourteen years old, by placing his hand on the penis of K.A.

1109599.0

## Count: 08 ATTEMPTED STATUTORY SODOMY IN THE FIRST DEGREE - FELONY

That Leland M. Beasley Jr., in violation of Section 566.062, RSMo, committed the felony of attempt statutory sodomy first degree, punishable upon conviction under Section 566.062, RSMo, and subject to lifetime supervision under Sections 217.735 and 559.106, RSMo, in that between March 1, 2006 and April 30, 2008, on Lemay Ferry Road, in the County of St. Louis, State of Missouri, the defendant for the purpose of arousing or gratifying the sexual desire of defendant attempted to have deviate sexual intercourse with R.I. who was then a child less than twelve years old by trying to unfasten the pants of R.I. while R.I was sleeping and such conduct was a substantial step toward the commission of the crime of statutory sodomy in the first degree and was done for the purpose of committing such statutory sodomy in the first degree.

1109599.1

## Count: 09 STATUTORY SODOMY IN THE FIRST DEGREE - FELONY

That Leland M. Beasley Jr., in violation of Section 566.062, RSMo, committed the felony of statutory sodomy in the first degree, punishable upon conviction under Section 566.062, RSMo, and subject to lifetime supervision under Sections 217.735 and 559.106, RSMo, in that between November 1, 2006 and January 31, 2007, at 2921 Lemay Ferry Road, in the County of St. Louis, State of Missouri, the defendant for the purpose of arousing or gratifying the sexual desire of defendant. had deviate sexual intercourse with T.R. who was then a child less than twelve years old, by placing his hand on the penis of T.R.

1109599.0

## Count: 10 STATUTORY SODOMY IN THE FIRST DEGREE - FELONY

That Leland M. Beasley Jr., in violation of Section 566.062, RSMo, committed the felony of statutory sodomy in the first degree, punishable upon conviction under Section 566.062, RSMo, and subject to lifetime supervision under Sections 217.735 and 559.106, RSMo, in that between March 1st, 2006 and January 5th, 2009, on Lemay Ferry Road, in the County of St. Louis, State of Missouri, the defendant for the purpose of arousing or gratifying the sexual desire of the defendant had deviate sexual intercourse with B.E.N., who was then a child less than fourteen years old, by placing his hand on the penis of B.E.N.

1109599.0

## Count: 11 PROMOTING CHILD PORNOGRAPHY IN FIRST DEGREE - CLASS B FELONY

That Leland M. Beasley, in violation of Section 573.025, RSMo, committed the class B felony of promoting child pornography in the first degree, punishable upon conviction under Section 558.0115, RSMo, in that between August 18th, 2007 and January 5th, 2009, in the County of St. Louis, State of Missouri, the defendant, knowing its content or character, manufactured obscene material consisting of video images depicting a prepubescent male engaged in sexual conduct with an unidentified adult male.

2505099.0

### Count: 12 POSSESSION OF CHILD PORNOGRAPHY - CLASS D FELONY

That Leland M. Beasley, in violation of Section 573.037, RSMo, committed the class D felony of possession of child pornography, punishable upon conviction under Sections 558.011 and 560.011, RSMo, in that between August 18th, 2007 and August 28th, 2007, in the County of St. Louis, State of Missouri, the defendant, knowing its content and character, possesses obscene material consisting of 11 recordable disks which contained images and videos depicting prepubescent males partially or completely nude engaged in sexual contact with adults and other children.

2502904.0

### Count: 13 POSSESSION OF CHILD PORNOGRAPHY - CLASS B FELONY

That Leland M. Beasley, in violation of Section 573.037, RSMo, committed the class B felony of possession of child pornography, punishable upon conviction under Sections 573.037 and 558.011, RSMo, in that between July 1st, 2008 and January 5th, 2009, in the County of St. Louis, State of Missouri, the defendant, knowing of its content and character, possessed obscene material consisting of 63 recordable disks which contained still images that portray what appear to be persons under the age of fourteen years as participants of sexual conduct, and such obscene material consisted of more than 20 still images.

2508004.0

### Count: 14 POSSESSION OF CHILD PORNOGRAPHY - CLASS B FELONY

That Leland M. Beasley, in violation of Section 573.037, RSMo, committed the class B felony of possession of child pornography, punishable upon conviction under Sections 573.037 and 558.011, RSMo, in that between July 1st, 2008 and January 5th, 2009, in the County of St. Louis, State of Missouri, the defendant, knowing of its content and character, possessed obscene material consisting 63 recordable disks which contained still images that portray what appear to be persons under the age of fourteen years as participants of sexual conduct, and such obscene material consisted of one motion picture, film, videotape, videotape production or other moving image.

2508004.0

A TRUE BILL                    NO TRUE BILL


_____      _____      _____
Foreman                    Foreman                Prosecuting Attorney
May 2010 Term
As a condition of release for defendant LELAND M. BEASLEY bond is set in the amount of $_____

                                        _____
                                        Judge

**WITNESSES**

DETECTIVE TONY G CAVALETTI
ST LOUIS COUNTY POLICE                  MR. K N
7900 FORSYTH                            PROSECUTING ATTY OFFICE
SAINT LOUIS, MO 63105                   100 SO CENTRAL 2ND FLOOR
Family Crime                            CLAYTON, MO 63105
3227

 SERGEANT GARY W GUINN
ST LOUIS COUNTY POLICE
7900 FORSYTH
SAINT LOUIS, MO 63105
Family Crime
2827

In the
# CIRCUIT COURT
Of St. Louis County, Missouri

**STATE OF MISSOURI,**

**Plaintiff**

vs.

Leland Beasley

**Defendant**

For File Stamp Only

# FILED

MAR 1 1 2009

**JOAN M. GILMER**
**CIRCUIT CLERK, ST. LOUIS COUNTY**

Date  3-11-09

Case Number  09SL-CR00060-01

Division

## ARRAIGNMENT MEMORANDUM

**Comes now** KELLY MOYICH , and enters his
or her appearance as attorney for the defendant.

Defendant by and through counsel hereby waives formal reading of the Information or Indictment. Counsel states that the defendant is fully aware of the substance of the charge(s) against him or her and that a copy of the Information or Indictment has been provided to the defense. The defense and the State by the undersigned prosecuting attorney agree to the waiver of formal arraignment and agree to proceed to trial.

The defendant through counsel enters a plea of **not guilty** to the offense(s) charged.

_____     Bar No. ___     X _____
Assistant Prosecuting Attorney                                  Signature of Defendant
100 South Central Avenue
Clayton, MO 63105                                               Kelly Moyah            52790
(314) 615-2600                                                  Attorney for Defendant        Bar No.

                                                               _____
                                                               Address

                                                               _____
                                                               City, State & Zip

                                                               _____
                                                               Telephone & FAX Number

[ ] Defendant, _not_ having posted bond, is remanded to the Department of Justice Services.
[ ] Defendant's bond previously posted, shall remain in full force and effect.
[ ] _____.

**Cause assigned to Division** 7 **for hearing and determination.**

**SO ORDERED:**

John A. Ross

_____
Presiding Judge

[ ] "Discovery Package" delivered to attorney for defendant by Deputy Clerk _____.

**[Rule 25.02 and Local Rule 67.6 require pre-trial discovery motions to be filed within 20 days after Arraignment.]**

CCCM10A   Rev. 05/03        WHITE - File        YELLOW - Prosecuting Attorney        PINK - Defense Attorney



FED 3 5 2003

## IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
## STATE OF MISSOURI

JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

### -VS-

LELAND M. BEASLEY, JR.
4218 RIDGEWOOD
SAINT LOUIS, MO 63116



RACE: White          SSN:      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
SEX:   M             OCN:      D6034548
DOB:   2/20/1968     CASE ID: MC111985
HGT:   5'11          RPT NO: 09-871
WGT:   135           CT. NO: 09SL-CR00060
P.D.:   St. Louis County
ORI Number: MO0950000

**Defendant**

### CHARGES

Count: 01    CHILD MOLESTATION IN THE FIRST DEGREE - CLASS B FELONY
Count: 02    STATUTORY SODOMY IN THE FIRST DEGREE - FELONY
Count: 03    ASSAULT IN THE THIRD DEGREE - CLASS C MISDEMEANOR
Count: 04    ASSAULT IN THE THIRD DEGREE - CLASS C MISDEMEANOR
Count: 05    CHILD MOLESTATION IN THE FIRST DEGREE - CLASS A FELONY
Count: 06    STATUTORY SODOMY IN THE FIRST DEGREE - FELONY
Count: 07    STATUTORY SODOMY IN THE FIRST DEGREE - FELONY
Count: 08    ATTEMPTED STATUTORY SODOMY IN THE FIRST DEGREE - FELONY
Count: 09    STATUTORY SODOMY IN THE FIRST DEGREE - FELONY
Count: 10    STATUTORY SODOMY IN THE FIRST DEGREE - FELONY

### INDICTMENT

State of Missouri )
County of St. Louis ) SS

The Grand Jurors of the County of St. Louis, State of Missouri, charge:

### Count: 01  CHILD MOLESTATION IN THE FIRST DEGREE - CLASS B FELONY

That Leland M. Beasley Jr., in violation of Section 566.067, RSMo, committed the class B felony of child molestation in the first degree punishable upon conviction under Section 558.011, RSMo, and subject to lifetime supervision under Sections 217.735 and 559.106, RSMo, in that between December 1st, 2008 and December 31st, 2008, at 710 Lemay Ferry Road, in the County of St. Louis, State of Missouri, the defendant knowingly subjected K. N., who was then less than fourteen years old, to sexual contact by placing his hand on the penis of K. N., over the clothing.

2210799.0

### Count: 02  STATUTORY SODOMY IN THE FIRST DEGREE - FELONY

That Leland M. Beasley Jr., in violation of Section 566.062, RSMo, committed the felony of statutory sodomy in the first degree, punishable upon conviction under Section 566.062, RSMo, and subject to lifetime supervision under Sections 217.735 and 559.106, RSMo, in that between April 1st, 2008 and January 5th, 2009, at 710 Lemay Ferry Road, in the County of St. Louis, State of Missouri, the defendant for the purpose of arousing or gratifying the sexual desire of the defendant had deviate sexual intercourse with B.L.N., who was then a child less than twelve years old, by placing his mouth on the penis of B.L.N.

1109599.0

## Count: 03 ASSAULT IN THE THIRD DEGREE - CLASS C MISDEMEANOR

That Leland M. Beasley Jr., in violation of Section 565.070, RSMo, committed the class C misdemeanor of assault in the third degree, punishable upon conviction under Sections 558.011 and 560.016, RSMo, in that between April 1st, 2008 and January 5th, 2009, at 710 Lemay Ferry Road, in the County of St. Louis, State of Missouri, the defendant knowingly caused physical contact with T.E., knowing that such person would regard such contact as offensive or provocative.

1305099.0

## Count: 04 ASSAULT IN THE THIRD DEGREE - CLASS C MISDEMEANOR

That Leland M. Beasley Jr., in violation of Section 565.070, RSMo, committed the class C misdemeanor of assault in the third degree, punishable upon conviction under Sections 558.011 and 560.016, RSMo, in that between April 1st, 2008 and January 5th, 2009, at 710 Lemay Ferry Road, in the County of St. Louis, State of Missouri, the defendant knowingly caused physical contact with E.T., knowing that such person would regard such contact as offensive or provocative.

1305099.0

## Count: 05 CHILD MOLESTATION IN THE FIRST DEGREE - CLASS A FELONY

That Leland M. Beasley Jr., in violation of Section 566.067, RSMo, committed the class A felony of child molestation in the first degree punishable upon conviction under Sections 558.011 and 566.067, RSMo, in that between April 1st, 2008 and January 5th, 2009, at 710 Lemay Ferry Road, in the County of St. Louis, State of Missouri, the defendant knowingly subjected M.L. who was less than twelve years old to sexual contact by touching the penis of M.L. through the clothing.

2210399.0

## Count: 06 STATUTORY SODOMY IN THE FIRST DEGREE - FELONY

That Leland M. Beasley Jr., in violation of Section 566.062, RSMo, committed the felony of statutory sodomy in the first degree, punishable upon conviction under Section 566.062, RSMo, and subject to lifetime supervision under Sections 217.735 and 559.106, RSMo, in that between April 1st, 2008 and January 5th, 2009, at 710 Lemay Ferry Road, in the County of St. Louis, State of Missouri, the defendant for the purpose of arousing or gratifying the sexual desire of the defendant had deviate sexual intercourse with R.B., who was then a child less than fourteen years old, by placing his hand on the penis of R.B.

1109599.0

**Count: 07 STATUTORY SODOMY IN THE FIRST DEGREE - FELONY**

That Leland M. Beasley Jr., in violation of Section 566.062, RSMo, committed the felony of statutory sodomy in the first degree, punishable upon conviction under Section 566.062, RSMo, and subject to lifetime supervision under Sections 217.735 and 559.106, RSMo, in that between April 1st, 2008 and January 5th, 2009, at 710 Lemay Ferry Road, in the County of St. Louis, State of Missouri, the defendant for the purpose of arousing or gratifying the sexual desire of the defendant had deviate sexual intercourse with K.A., who was then a child less than fourteen years old, by placing his hand on the penis of K.A.

1109599.0

**Count: 08 ATTEMPTED STATUTORY SODOMY IN THE FIRST DEGREE - FELONY**

That Leland M. Beasley Jr., in violation of Section 566.062, RSMo, committed the felony of attempt statutory sodomy first degree, punishable upon conviction under Section 566.062, RSMo, and subject to lifetime supervision under Sections 217.735 and 559.106, RSMo, in that between March 1, 2006 and April 30, 2008, on Lemay Ferry Road, in the County of St. Louis, State of Missouri, the defendant for the purpose of arousing or gratifying the sexual desire of defendant attempted to have deviate sexual intercourse with R.I. who was then a child less than twelve years old by trying to unfasten the pants of R.I. while R.I was sleeping and such conduct was a substantial step toward the commission of the crime of statutory sodomy in the first degree and was done for the purpose of committing such statutory sodomy in the first degree.

1109599.1

**Count: 09 STATUTORY SODOMY IN THE FIRST DEGREE - FELONY**

That Leland M. Beasley Jr., in violation of Section 566.062, RSMo, committed the felony of statutory sodomy in the first degree, punishable upon conviction under Section 566.062, RSMo, and subject to lifetime supervision under Sections 217.735 and 559.106, RSMo, in that between November 1, 2006 and January 31, 2007, at 2921 Lemay Ferry Road, in the County of St. Louis, State of Missouri, the defendant for the purpose of arousing or gratifying the sexual desire of the defendant had deviate sexual intercourse with T.R. who was then a child less than twelve years old, by placing his hand on the penis of T.R.

1109599.0

**Count: 10 STATUTORY SODOMY IN THE FIRST DEGREE - FELONY**

That Leland M. Beasley Jr., in violation of Section 566.062, RSMo, committed the felony of statutory sodomy in the first degree, punishable upon conviction under Section 566.062, RSMo, and subject to lifetime supervision under Sections 217.735 and 559.106, RSMo, in that between March 1st, 2006 and January 5th, 2009, on Lemay Ferry Road, in the County of St. Louis, State of Missouri, the defendant for the purpose of arousing or gratifying the sexual desire of the defendant had deviate sexual intercourse with B.E.N., who was then a child less than fourteen years old, by placing his hand on the penis of B.E.N.

1109599.0

A TRUE BILL                    NO TRUE BILL

_Demy L Essary_                                      _[signature]_
Foreman                        Foreman                Prosecuting Attorney _5/70/_
January 2009 Term
As a condition of release for defendant LELAND M. BEASLEY, JR., bond is set in the amount of
$ _250 ₥. —   CASH ONLY_
                    _NO professional bond._            _[signature]_
                                             Judge

**WITNESSES**

DETECTIVE TONY G CAVALETTI             MR. K. N.
ST LOUIS COUNTY POLICE                 PROSECUTING ATTY OFFICE
7900 FORSYTH                           100 SO CENTRAL 2ND FLOOR
SAINT LOUIS, MO 63105                  CLAYTON, MO 63105
Family Crime
3227

STATE OF MISSOURI

VS

LELAND BEASLEY JR.

Defendant

Date 1-7-09

Case Number 09SL-CR00060

Division 38

For File Stamp Only

**FILED**

JAN 7 2009

**JOAN M. GILMER**
**CIRCUIT CLERK, ST. LOUIS COUNTY**

## PROCEEDINGS IN A CRIMINAL CASE
## (ARRAIGNMENT)

The defendant has been informed of the nature of the charges and of the following rights: the right to retain counsel; the right to request the assignment of counsel; if the defendant is unable to retain counsel; the right to remain silent and that any statement the defendant makes may be used against the defendant.

### [Missouri Supreme Court Rule 21.10(b) and 22.07(b)]

(  ) Defendant is referred to the Public Defender's Office. Public Defender to enter appearance or file a memo with the Court that the Defendant is not eligible for services of the Public Defender.

(  ) _____ enters their appearance for defendant.

( x ) Cause continued until _____1-15-09_____ at 9:00 (a.m) ~~p.m.~~ for:

_____ Appearance of Counsel

__X__ Call Docket

_____ Preliminary Hearing

_____ Trial

_____ Probation Revocation

_____     _____
Attorney                              Bar No.

**SO ORDERED:**

_____
Judge

1/7/09
Date

_____
Defendant



FILED

**IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI**

JAN 0 6 2009

JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

-VS-

| | | |
|---|---|---|
| LELAND M. BEASLEY, JR. | RACE: White | SSN: 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 |
| 4218 RIDGEWOOD | SEX: M | OCN: D6034548 |
| SAINT LOUIS, MO 63116 | DOB: 2/20/1968 | CASE ID: MC111985 |
| | HGT: 5'11 | RPT NO: 09-871 |
| Alias: | WGT: 135 | CT. NO: 09SL-CR000660 |
| | PED.: St. Louis County | |
| | FBI Number: MO0950000 | |
| **Defendant** | | Bond 50,000 cash only |

**CHARGES**

Count: 01        CHILD MOLESTATION IN THE FIRST DEGREE - CLASS B FELONY

**COMPLAINT**

State of Missouri )
County of St. Louis ) SS                                    **(HOLD FOR GRAND JURY)**

Comes now the undersigned complainant, being duly sworn upon oath, and under penalties of perjury, and states that there is probable cause to believe that the above-named defendant(s) committed the following crime:

**Count: 01   CHILD MOLESTATION IN THE FIRST DEGREE - CLASS B FELONY**

That Leland M. Beasley Jr., in violation of Section 566.067, RSMo, committed the class B felony of child molestation in the first degree punishable upon conviction under Section 558.011, RSMo, and subject to lifetime supervision under Sections 217.735 and 559.106, RSMo, in that between December 1st, 2008 and December 31st, 2008, at 710 Lemay Ferry Road, in the County of St. Louis, State of Missouri, the defendant knowingly subjected K. N., who was then less than fourteen years old, to sexual contact by placing his hand on the penis of K. N., over the clothing.

2210799.0

The undersigned Prosecutor informs the Court on information and belief that the above offense herein charged were committed.

_Kalizadeh_
Assistant Prosecuting Attorney MBE ___33113___

Date

Ct.No.   Div  Circuit Court of St. Louis County, Missouri

Date: January 6, 2009

I, TONY CAVALETTI, DSN 3227, St. Louis County Police Department, knowing that false statements on this form are punishable by law, state that the facts contained herein are true.

I have probable cause to believe that between 12/01/2008 and 12/31/2008, at 710 Lemay Ferry Road, LELAND BEASLEY, White, M, DOB 02/20/1968, 5'11", 135lbs, committed one or more criminal offense(s), Child Molestation First Degree.

The facts supporting this belief are as follows:

I have probable cause to believe that Leland M. Beasley, Jr. committed the offense of Child Molestation in the First Degree by placing his hand on the penis of K. N., a child of 12 years, touching him through the clothing.

TONY CAVALETTI, DSN 3227
St. Louis County Police Department

I certify and attest that the above is a true copy of the original record of the Court in case number ____O9%-CR0006O____ as it appears on file in my office.



Issued

____12-1-10____

**JOAN M. GILMER,** Circuit Clerk
St. Louis County Circuit Court

By

_____
Deputy Clerk

CCOPR36   Rev. 06/00

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

FILED

JUL -1 2010

U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **No. S2-4:10 CR 119 CEJ** |
| | ) | |
| **LELAND BEASLEY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## SECOND SUPERSEDING INDICTMENT

### COUNT I

The Grand Jury charges that:

At all times pertinent to the charges in this indictment:

1. Federal law defined the term:

(a) "minor" to mean any person under the age of eighteen years (18 U.S.C. § 2256(a));

(b) "sexually explicit conduct" to mean actual or simulated

(I) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-

anal, whether between persons of the same or opposite sex,

(ii) bestiality,

(iii) masturbation,

(iv) sadistic or masochistic abuse, or

(v) lascivious exhibition of the genitals or pubic area of any person (18 U.S.C.

§2256(2)(A)); and

1


GOVERNMENT
EXHIBIT
9
12-9-10

(c) "computer" to mean an electronic, magnetic, optical, electrochemical or other high speed data processing device performing logical, arithmetic or storage functions, including any data storage facility or communications facility directly related to or operating in conjunction with such device. (18 U.S.C.§2256(6)).

(d) "child pornography" to mean any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where--

>       (A) the production of such visual depiction involves the use of a minor engaging
>       in sexually explicit conduct; or

>       (C) such visual depiction has been created, adapted, or modified to appear that an
> identifiable minor is engaging in sexually explicit conduct.

2. The "Internet" was, and is, a computer communications network using interstate and foreign lines to transmit data streams, including data streams used to store, transfer and receive graphic files.

3. Between on or about March 1, 2006, and on or about January 5, 2009, in the Eastern District of Missouri, and elsewhere,

## LELAND BEASLEY,

the defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor, B.N., to engage in sexually explicit conduct, specifically, Leland Beasley video recorded B.N. in a lascivious display of his genitals, and said sexually explicit conduct was for the purpose of producing a visual depiction of such conduct, to wit: video images of B.N. in a lascivious display

2

of his genitals, and such depictions were produced using materials that had been mailed, shipped, or transported in interstate and foreign commerce, i.e., a Sony Handycam video camera, In violation of Title 18, United States Code, Section 2251(a) and punishable under Title 18, United States Code, Section 2251(e).

## COUNT II

The Grand Jury further charges that:

1. The allegations contained in paragraphs one and two of Count I of this Indictment are incorporated by reference as if fully set forth herein.

2. Between on or about March 1, 2006, and on or about January 5, 2009, in the Eastern District of Missouri, and elsewhere,

### LELAND BEASLEY,

the defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor, K.A., to engage in sexually explicit conduct, specifically, Leland Beasley video recorded K.A. in a lascivious display of his genitals, and said sexually explicit conduct was for the purpose of producing a visual depiction of such conduct, to wit: video images of K.A. in a lascivious display of his genitals, and such depictions were produced using materials that had been mailed, shipped, or transported in interstate and foreign commerce, i.e., a Sony Handycam video camera, In violation of Title 18, United States Code, Section 2251(a) and punishable under Title 18, United States Code, Section 2251(e).

3

## COUNT III

The Grand Jury further charges that:

1. The allegations contained in paragraphs one and two of Count I of this Indictment are incorporated by reference as if fully set forth herein.

2. Between on or about March 1, 2006, and January 5, 2009, within the Eastern District of Missouri, and elsewhere,

## LELAND BEASLEY,

the defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor, R.B., to engage in sexually explicit conduct, specifically, Leland Beasley video recorded R.B. in a lascivious display of his genitals, and said sexually explicit conduct was for the purpose of producing a visual depiction of such conduct, to wit: video images of R.B. in a lascivious display of his genitals, and such depictions were produced using materials that had been mailed, shipped, or transported in interstate and foreign commerce, i.e., a Sony Handycam video camera, In violation of Title 18, United States Code, Section 2251(a) and punishable under Title 18, United States Code, Section 2251(e).

## COUNT IV

The Grand Jury further charges that:

1. The allegations contained in paragraphs one and two of Count I of this Indictment are incorporated by reference as if fully set forth herein.

2. Between on or about March 1, 2006, and January 5, 2009, within the Eastern District of Missouri, and elsewhere,

4

**LELAND BEASLEY,**

the defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor,

T.R., to engage in sexually explicit conduct, specifically, Leland Beasley video recorded T.R. in

a lascivious display of his genitals, and said sexually explicit conduct was for the purpose of

producing a visual depiction of such conduct, to wit: video images of T.R. in a lascivious display

of his genitals, and such depictions were produced using materials that had been mailed, shipped,

or transported in interstate and foreign commerce, i.e., a Sony Handycam video camera,

In violation of Title 18, United States Code, Section 2251(a) and punishable under Title 18,

United States Code, Section 2251(e).

## COUNT V

The Grand Jury further charges that:

1. The allegations contained in paragraphs one and two of Count I of this Indictment are

incorporated by reference as if fully set forth herein.

2. Between on or about March 1, 2006, and January 5, 2009, within the Eastern District

of Missouri, and elsewhere,

**LELAND BEASLEY,**

the defendant herein, did knowingly attempt to employ, use, persuade, induce, entice, and coerce

a minor, R.I., to engage in sexually explicit conduct, specifically, Leland Beasley attempted to

video record R.I. in a lascivious display of his genitals, and said sexually explicit conduct was for

the purpose of producing a visual depiction of such conduct, to wit: video images of R.I. in a

lascivious display of his genitals, and such attempted depictions were produced using materials

5

that had been mailed, shipped, or transported in interstate and foreign commerce, i.e., a Sony
Handycam video camera,

In violation of Title 18, United States Code, Sections 2251(a) and punishable under Title 18,
United States Code, Section 2251(e).

## COUNT VI

The Grand Jury further charges that:

1. The allegations contained in paragraphs one and two of Count I of this Indictment are
incorporated by reference as if fully set forth herein.

2. Between on or about March 1, 2006, and on or about January 5, 2009, within the
Eastern District of Missouri, and elsewhere,

## LELAND BEASLEY,

the defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor,
Victim A, to engage in sexually explicit conduct, specifically, Leland Beasley video recorded
Victim A in a lascivious display of his genitals, and said sexually explicit conduct was for the
purpose of producing a visual depiction of such conduct, to wit: video images of Victim A in a
lascivious display of his genitals, and such depictions were produced using materials that had
been mailed, shipped, or transported in interstate and foreign commerce, i.e., a Sony Handycam
video camera,

In violation of Title 18, United States Code, Section 2251(a) and punishable under Title 18,
United States Code, Section 2251(e).

6

## COUNT VII

The Grand Jury further charges that:

1. The allegations contained in paragraphs one and two of Count I of this Indictment are incorporated by reference as if fully set forth herein.

2. Between on or about March 1, 2006, and on or about January 5, 2009, within the Eastern District of Missouri, and elsewhere,

## LELAND BEASLEY,

the defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor, Victim B, to engage in sexually explicit conduct, specifically, Leland Beasley video recorded Victim B in a lascivious display of his genitals, and said sexually explicit conduct was for the purpose of producing a visual depiction of such conduct, to wit: video images of Victim B in a lascivious display of his genitals, and such depictions were produced using materials that had been mailed, shipped, or transported in interstate and foreign commerce, i.e., a Sony Handycam video camera,

In violation of Title 18, United States Code, Section 2251(a) and punishable under Title 18, United States Code, Section 2251(e).

## COUNT VIII

The Grand Jury further charges that:

1. The allegations contained in paragraphs one and two of Count I of this Indictment are incorporated by reference as if fully set forth herein.

2. Between on or about April 11, 2002, and January 5, 2009, within the Eastern District

7

of Missouri, and elsewhere,

## LELAND BEASLEY,

the defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor, M.T., to engage in sexually explicit conduct, specifically, Leland Beasley video recorded M.T. in a lascivious display of his genitals, and said sexually explicit conduct was for the purpose of producing a visual depiction of such conduct, to wit: video images of M.T. in a lascivious display of his genitals, and of defendant performing oral sex and anal sex on M.T. and such depictions were produced using materials that had been mailed, shipped, or transported in interstate and foreign commerce, i.e., a Sony Handycam video camera and video tapes,

In violation of Title 18, United States Code, Sections 2251(a) and punishable under Title 18, United States Code, Section 2251(d) (2002).


## COUNT IX

The Grand Jury further charges that:

1. The allegations contained in paragraphs one and two of Count I of this Indictment are incorporated by reference as if fully set forth herein.

2. Between on or about January 1, 2005, and January 5, 2009, within the Eastern District of Missouri, and elsewhere,

## LELAND BEASLEY,

the defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor, Victim C, to engage in sexually explicit conduct, specifically, Leland Beasley video recorded Victim C in a lascivious display of his genitals, and said sexually explicit conduct was for the

8

purpose of producing a visual depiction of such conduct and such visual depiction was actually transported in interstate commerce,

In violation of Title 18, United States Code, Section 2251(a) and punishable under Title 18, United States Code, Section 2251(e).

## COUNT X

The Grand Jury further charges that:

1. The allegations contained in paragraphs one and two of Count I of this Indictment are incorporated by reference as if fully set forth herein.

2. Between on or about March 1, 2006, and January 5, 2009, within the Eastern District of Missouri, and elsewhere,

### LELAND BEASLEY,

the Defendant herein, did knowingly possess material that contained an image of child pornography that was produced using materials that traveled in interstate and foreign commerce, to wit, CDs, said CDs having been produced outside Missouri and therefore having traveled in interstate and foreign commerce, and the CDs contained child pornography, including but not limited to, the following:

1.   "VHS2_02(not sure)Boy 13yo Ties Up and Tortures 11yo In Bath .3gp" - a video file depicting a minor male binding another minor male's hands, placing clothes pins on his genitals, and inserting his penis into the minor male's mouth; and

9

2. "KDV 38 (complete).mpg" - a video file depicting a minor male performing oral
sex on another minor male and a minor male inserting his penis into the rectum of
another minor male,

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2(a), and punishable
under Title 18, United States Code, Section 2252A(b)(2).

## COUNT XI

The Grand Jury further charges that:

1. The allegations contained in paragraphs one and two of Count I of this Indictment are
incorporated by reference as if fully set forth herein.

2. Between on or about March 1, 2006, and January 5, 2009, within the Eastern District
of Missouri, and elsewhere,

## LELAND BEASLEY,

the Defendant herein, did knowingly possess material that contained an image of child
pornography that was produced using materials that traveled in interstate and foreign commerce,
to wit, CDs, said CDs having been produced outside Missouri and therefore having traveled in
interstate and foreign commerce, and the CDs contained child pornography, including but not
limited to, the following:

1. "helpless_boy.avi" - a video file of a male inserting his penis into the rectum of a
minor male; and

2. "002_2.jpg" - an image file of a minor male in a lascivious display of his genitals,

10

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2(a), and punishable

under Title 18, United States Code, Section 2252A(b)(2).

A TRUE BILL.

FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

ROBERT F. LIVERGOOD, #22937
Assistant United States Attorney

11