# EXHIBIT LIST

Style: _USA v. Lealand Beasley_     Case Number: _4:10 cr 119 CEJ_

| π EX NO. | Δ EX NO. | ID DATE | BY (W #) | OBJ. TO | SUSTAINED/ OVERRULED | DESCRIPTION | DATE ADMITTED |
|---|---|---|---|---|---|---|---|
| 1 | | 4/12/11 | 1 | ✓ | overruled | Consent to search form executed - computer | 4/12/11 |
| 2 | | 4/12/11 | 1 | ✓ | overruled | Consent to search form executed - HP Computer | 4/12/11 |
| 3 | | 4/12/11 | 1 | ✓ | overruled | Miranda rights | 4/12/11 |
| 36 | | 4/12/11 | 1 | | | Ganestation Sector 19 location Map. | 4/12/11 |
| 4 | | 4/12/11 | 1 | | | photo - interior store | 4/12/11 |
| 5 | | 4/12/11 | 1 | | | photo - interior store | 4/12/11 |
| 6 | | 4/12/11 | 1 | | | photo - interior store | 4/12/11 |
| 7 | | 4/12/11 | 1 | | | photo - interior store | 4/12/11 |
| 8 | | 4/12/11 | 1 | ✓ | overruled | Consent to search form executed | 4/12/11 |
| | | | | | | | |
| 12 | | 4/12/11 | 1 | ✓ | overruled | Canvas Camera Bag | 4/12/11 |
| 12a | | 4/12/11 | 1 | ✓ | | photo of contents of Camera Bag | |
| 11 | | 4/12/11 | 1 | ✓ | overruled | Lock Box | 4/12/11 |
| 10 | | 4/12/11 | 1 | ✓ | overruled | Sony DSC | 4/12/11 |
| 13 | | 4/12/11 | 1 | ✓ | overruled | DVD Recorder | 4/12/11 |
| 9 | | 4/12/11 | 1 | ✓ | overruled | Sony Handycam | 4/12/11 |
| 37 | | 4/12/11 | 2 | | | Image of Chevy Avalanche | 4/12/11 |

□ EXHIBITS RETURNED TO COUNSEL     □ EXHIBITS RETAINED BY COURT

π = plaintiff   Δ = defendant   ID = first date exhibit is used   W# = first witness to ID exhibit

OBJ = Objection  write " Obj" in red     ADMITTED = use ✔ and  date               Page _1_ of _5_

## EXHIBIT LIST

*Style:* **USA v. Lealand Beasley** *Case Number:* **4:10cr119CEJ**

| π EX NO. | Δ EX NO. | ID DATE | BY (W#) | OBJ. TO | SUSTAINED/ OVERRULED | DESCRIPTION | DATE ADMITTED |
|---|---|---|---|---|---|---|---|
| 39 | | 4/12/11 | 2 | | | Court order | |
| 14 | | 4/12/11 | 2 | | | 11 Disk's | 4/12/11 |
| 14a - F | , | 4/12/11 | 2 | | | Disk's | 4/12/11 |
| | | | | | | | |
| 15 | | 4/12/11 | 3 | ✓ | overruled | consent to search – Black box | 4/12/11 |
| 16 | | 4/12/11 | 3 | ✓ | overruled | Consent to Search – Cameras | 4/12/11 |
| 17 | | 4/12/11 | 4 | ✓ | overruled | Navy suit bag | 4/12/11 |
| 17a | | 4/12/11 | 4 | ✓ | overruled | Printed images | 4/12/11 |
| 19 | | 4/12/11 | 4 | ✓ | overruled | Sony Handy cam HDD Box | 4/12/11 |
| 18 | | 4/12/11 | 4 | ✓ | overruled | Sony Handycam Hi8 | 4/12/11 |
| 20 | | 4/12/11 | 4 | ✓ | overruled | Kodak EasyShare Digital Camera | 4/12/11 |
| 21 | | 4/12/11 | 4 | ✓ | overruled | Sony Memory Stick | 4/12/11 |
| 22 | | 4/12/11 | 4 | ✓ | overruled | CD's on Spindle | 4/12/11 |
| 22a - m | | 4/12/11 | 4 | ✓ | overruled | Disk's | 4/12/11 |
| 23 | | 4/12/11 | 4 | ✓ | overruled | CD's on Spindle | 4/12/11 |
| 24 | | 4/12/11 | 4 | ✓ | overruled | 3.5 Floppy Disks | 4/12/11 |
| 25 | | 4/12/11 | 4 | ✓ | overruled | CD's in cases | 4/12/11 |

☐ EXHIBITS RETURNED TO COUNSEL    ☐ EXHIBITS RETAINED BY COURT

π = plaintiff   Δ = defendant   **ID** = first date exhibit is used   **W#** = first witness to ID exhibit

**OBJ** = Objection write " Obj" in red   **ADMITTED** = use ✔ and date

Page **2** of **5**

*EXHIBIT LIST*

Style: USA v. Lealand Beasley     Case Number: 4:10 cr 119 CEJ

| π EX NO. | Δ EX NO. | ID DATE | BY (W #) | OBJ. TO | SUSTAINED/ OVERRULED | DESCRIPTION | DATE ADMITTED |
|---|---|---|---|---|---|---|---|
| 25a-c | | 4/12 | 4 | ✓ | overruled | a- CD case - fingerprint  b- Disk 3 - fingerprint  c- Evidence item 4, Disk 5 | 4/12/11 |
| 26a | | 4/12 | 4 | ✓ | overruled | Sony Hi 8 video tape | 4/12/11 |
| 27 | | 4/12 | 4 | ✓ | overruled | DVDs in cases | 4/12/11 |
| 27a-b | | 4/12 | 4 | ✓ | overruled | Disk 2  Disk 3 | 4/12/11 |
| 7 | | 4/12 | 4 | ✓ | overruled | photo of interior store | 4/12/11 |
| 25a1 | | 4/12 | 4 | ✓ | overruled | Fingerprint lift A | 4/12/11 |
| 28 | | 4/12 | 4 | ✓ | overruled | Blank DVDs | 4/12/11 |
| 25b1 | | 4/12 | 5 | ✓ | overruled | Fingerprint lift Q | 4/12/11 |
| 38 | | 4/12 | 6 | | | Fingerprint card | 4/12/11 |
| 29 | | 4/12 | 7 | | | CV - Pat Wilds | 4/12/11 |
| 35a-c | | 4/12 | 7 | | | Certified Business Record Affidavit | 4/12/11 |
| 40 | | 4/12 | 7 | | | Report | |
| 9a1 9a.12 | | 4/12 | 7 | ✓ | overruled | Video | 4/12/11 |
| 9b1-9b2 | | 4/12 | 7 | ✓ | overruled | video | 4/12/11 |
| 9c1-9c2 | | 4/12 | 7 | ✓ | overruled | video | 4/12/11 |
| 9d1-9d2 | | 4/12 | 7 | ✓ | overruled | video | 4/12/11 |
| 9e1 | | 4/12 | 7 | ✓ | overruled | video | 4/12/11 |

□ EXHIBITS RETURNED TO COUNSEL     □ EXHIBITS RETAINED BY COURT

π = plaintiff   Δ = defendant   ID = first date exhibit is used   W# = first witness to ID exhibit

OBJ = Objection write " Obj " in red   ADMITTED = use ✔ and date          Page 3 of 5

## EXHIBIT LIST

Style: __USA v. Lealand Beasley__ Case Number: __4:10 cr 119 CEJ__

| π EX NO. | Δ EX NO. | ID DATE | BY (W #) | OBJ. TO | SUSTAINED/ OVERRULED | DESCRIPTION | DATE ADMITTED |
|---|---|---|---|---|---|---|---|
| 9F1 | | 4/12 | 7 | ✓ | overruled | video | 4/12/11 |
| 9G1-9G5 | | 4/12 | 7 | ✓ | overruled | videos/images | 4/12/11 |
| 9H1-9H2 | | 4/12 | 7 | ✓ | overruled | video | 4/12/11 |
| 9I1 | | 4/12 | 7 | ✓ | overruled | video | 4/12/11 |
| 9J1 | | 4/12 | 7 | ✓ | overruled | video | 4/12/11 |
| 9L1-9L5 | | 4/12 | 7 | ✓ | overruled | videos/images | 4/12/11 |
| 14a1-14F1 | | 4/12 | 7 | ✓ | overruled | videos/images | 4/12/11 |
| 21a-21b | | 4/12 | 7 | ✓ | overruled | videos | 4/12/11 |
| 22a1-22m1 | | 4/12 | 7 | ✓ | overruled | images | 4/12/11 |
| 26a1 | | 4/12 | 7 | ✓ | overruled | video | 4/12/11 |
| 27a1-27a2 | | 4/12 | 7 | ✓ | overruled | video | 4/12/11 |
| 25c1-25c3 | | 4/12 | 7 | ✓ | overruled | video | 4/12/11 |
| 9k1 | | 4/12 | 7 | ✓ | overruled | video | 4/12/11 |
| 34 | | 4/12 | 7 | | | powerpoint | 4/12/11 |
| 9a3 | | 4/12 | 7 | | | map | |
| 14d2 | | 4/13 | 7 | | | image | 4/13/11 |
| 30 | | 4/13 | 8 | | | Telephone Calls | 4/13/11 |

□ EXHIBITS RETURNED TO COUNSEL    □ EXHIBITS RETAINED BY COURT

**π** = plaintiff   **Δ** = defendant   **ID** = first date exhibit is used   **W#** = first witness to ID exhibit

**OBJ** = Objection write " Obj" in red   **ADMITTED** = use ✔ and date          Page __4__ of __5__

**EXHIBIT LIST**

Style: USA v. Lealand Beasley          Case Number: 4:10 cr119 CEJ

| π EX NO. | Δ EX NO. | ID DATE | BY (W #) | OBJ. TO | SUSTAINED/ OVERRULED | DESCRIPTION | DATE ADMITTED |
|---|---|---|---|---|---|---|---|
| 31a-h | | 4/13/11 | 18 | | | St. Louis County Evidence Receipts | 4/13/11 |
| 32a-g | | 4/13/11 | 18 | | | Birth Certificates | 4/13/11 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

□ EXHIBITS RETURNED TO COUNSEL      □ EXHIBITS RETAINED BY COURT

**π** = plaintiff   **Δ** = defendant   **ID** = first date exhibit is used   **W#** = first witness to ID exhibit

**OBJ** = Objection  write " Obj" in red   **ADMITTED** = use ✔ and  date                    Page 5 of 5